**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number *(If known)*: _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  ROBERT B. PRITT D.O., P.A.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  36-4499177

4. **Debtor's address**

   **Principal place of business**
   13670 METROPOLIS AVE
   Number    Street
   Suite 104
   Ft. Myers,          FL     33912
   City                State   ZIP Code

   Lee County
   County

   **Mailing address, if different from principal place of business**
   Number    Street
   P.O. Box
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City                State   ZIP Code

5. **Debtor's website (URL)**  N/A

Debtor  **ROBERT B. PRITT D.O., P.A.**   Case number (if known)_____
      Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>___ ___ ___ ___ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor     ROBERT B. PRITT D.O., P.A.                                    Case number (if known)_____
          Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
           District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                                        MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number     Street
                              _____
                              _____   _____   _____
                              City                                      State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Debtor     ROBERT B. PRITT D.O., P.A.                               Case number (*if known*)_____
           Name

| 13. | **Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 5, 2024
              MM  / DD  / YYYY

× _R. Pritt_____      _Robert B. Pritt_____
Signature of authorized representative of debtor    Printed name

Title   Director_____

Debtor  ROBERT B. PRITT D.O., P.A.  Case number (if known) _____
       Name

**18. Signature of attorney**   ✗ /s/ Alan F. Hamisch                Date  04 / 05 / 2024
                                 Signature of attorney for debtor          MM / DD / YYYY

Alan F. Hamisch
Printed name

The Law Office of Alan F. Hamisch
Firm name

501 Goodlette Frank Rd, A-210
Number    Street

Naples                                               FL        34102
City                                                 State     ZIP Code

239-216-4783                          alan@naplieslitigation.com
Contact phone                         Email address

88647                                 FL
Bar number                            State

```
ALPHA TECH
12680 MCGREGOR BLVD STE 2
FORT MYERS, FL 33919

A W PROPERTY COMPANY
11780 US HIGHWAY 1 NORTH
PALM BEACH, FL 33408

AQUA SYSTEMS
P.O. BOX 735230
CHICAGO, IL 60673-5230

DELETE PEST CONTROL
115 COOLIDGE AVE
LEHIGH ACRES, FL 33936

DOMAIN LISTINGS
P O BOX 19607
LAS VEGAS, NV 89132-0607

FISION HOTWIRE COMMUNICATIONS
P.O BOX 1187
BALA CYNWYD, PA 19004-5187

Florida Power & Light
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

Internal Revenue Service
Attn: Bankruptcy
4210 Metro Pkwy
Ft. Myers, FL 33916

MWASTE
801 ANCHOR RODE DRIVE
SUITE 200
NAPLES, FL 34103

Pearl Delta Funding
c/o Theodore Jon Cohen, Esq
410 Jericho Tpke., Ste. 220
Jericho, NY 11753

QUEST DIAGNOSTICS
4690 PARKWAY DRIVE
MASON, OHIO 45040

US MED SOURCE LLC
2280 TRAILMATE DR
SUITE 102
SARASOTA, FL 34243

XEROX
P O BOX 202882
```

```
DALLAS TX 75320-2882

YELLOW PAGES DIRECTORY SERVICES INC
P.O. BOX 411450
MELBOURNE, FL 32941-1450
```

**United States Bankruptcy Court**
**Middle District of Florida**

**In re:**

    ROBERT B. PRITT D.O., P.A          Case No:_____
        Debtor(s)                            Chapter 11

_____/

**Verification of Creditor Matrix**

    The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   April 5, 2024                                      /s/ Robert B. Pritt_____
                                                                       Signature of Individual signing on behalf of debtor

                                                                       _Director_____
                                                                       Position